MARY J. CLARK, as Administratrix of the Estate of ALBERT R. CLARK, Deceased, Respondent-Appellant, *v.* JOHN H. STANNARD, Respondent, and CITY OF ROME, Appellant.

Submitted October 3, 1955; decided October 20, 1955.

Motions by City of Rome and Mary J. Clark, as administratrix of the estate of Albert R. Clark, deceased, for leave to appeal denied upon condition that plaintiff, within twenty days, carry out the stipulation offered in the papers herein to reduce the amount of the judgment against the City of Rome by the sum of $1,514.07; otherwise, motions granted.

In the Matter of RUBIN MALOFF, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, and I. BERT LEVINE et al., Intervenors-Respondents.

Submitted October 10, 1955; decided October 20, 1955.

Motion for a certificate that a constitutional question is involved on the appeal herein denied.